**Order filed February 7, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00885-CV
_____

**DAVID FITZGERALD, Appellant**

**V.**

**JACKSON HINDS GARDEN, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1036844**

# O R D E R

Appellant's brief was due January 27, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **March 10, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM